UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 99-04044-01-CR-C-SOW ) |
| Elizabeth A. Kilfoil, | ) ) |
| Defendant. | ) |

## ORDER FOR EXTENSION OF SUPERVISED RELEASE

On May 2, 2001, Kilfoil was sentenced to 37 months custody and 3 years supervised release, after having earlier pled guilty to distribution of cocaine base. On February 10, 2006, her supervised release was extended one year.

Thereafter, on March 5, 2007, during a revocation hearing, the Court ordered that the defendant's term of supervised release be extended by an additional 4 months, and imposed a special condition that those four months be served in a residential re-entry center. The extension will commence March 10, 2007, and terminate July 9, 2007.

_____
SCOTT O. WRIGHT

SENIOR UNITED STATES DISTRICT JUDGE

Dated at Jefferson City, Missouri, this 5th day of March, 2007.